IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRENT WILLIAM EASLEY,              )
                                   )
             Plaintiff,            )
                                   )
v.                                 )   Case No. 16-1100-EFM
                                   )
SEDGWICK COUNTY BOARD OF           )
COMMISSIONERS,                     )
                                   )
             Defendant.            )

**NOTICE AND ORDER TO SHOW CAUSE**

TO THE PLAINTIFF, BRENT WILLIAM EASLEY:

Plaintiff is hereby directed to show cause in writing to the Honorable Eric F. Melgren, United States District Judge, on or before **December 18, 2017**, why this action should not be dismissed in its entirety with prejudice for lack of prosecution under Fed. R. Civ. P. 41(b).

Plaintiff's former counsel was granted leave to withdraw from this case on November 8, 2016 (ECF No. 62). Since that time (more than one year ago), plaintiff has taken no action in this case. Plaintiff did not respond to two previous orders to show cause (ECF Nos. 67 and 70), nor to a motion to dismiss filed by certain defendants (ECF No. 63). Moreover, as noted by Judge Melgren in his order granting the motion to dismiss (ECF No. 72 at 5), the mailed and certified mailed notices to plaintiff of recent court orders have been returned to the court as undeliverable and unable to be forwarded (*see* ECF Nos. 68, 69, 71, and 73). D. Kan. Rule 5.1(c)(3) requires a pro se party to "notify the clerk in writing of any change of address

or telephone number." Here, plaintiff has failed to keep the court on notice of his current address.

IT IS THEREFORE ORDERED that plaintiff shall show cause by December 18, 2017, why this case should not be dismissed for lack of prosecution.

Although the court is doubtful that it will reach him, a copy of this order shall be mailed by certified mail to plaintiff's last address of record.[1]

IT IS SO ORDERED.

Dated November 27, 2017, at Kansas City, Kansas.

                                              s/   James P. O'Hara
                                              James P. O'Hara
                                              U. S. Magistrate Judge

---

[1] Under D. Kan. Rule 5.1(c)(3), "[a]ny notice mailed to the last address of record of an attorney or pro se party is sufficient notice."